UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALISHA SALADINO and DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY WITHOUT PREJUDICE** |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL DISCOVERY WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiffs Alisha Saladino and David Donahue, by and through their undersigned counsel, hereby withdraw their pending Motion to Compel Discovery [ECF 83] without prejudice in light of the parties' videoconference with the Court on October 9, 2025.

Plaintiffs respectfully request the Court withdraws this pending motion without prejudice and strike any relevant deadlines related thereto upon receipt of this Notice.

*[Counsel signature block to follow on next page.]*

1

Dated: October 9, 2025

By: /s/ *Raina C. Borrelli*
Raina C. Borrelli
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on October 9, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 9th day of October, 2025.

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com