UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALISHA SALADINO and DAVID DONAHUE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MAD CITY HOME IMPROVEMENT, LLC, d/b/a MAD CITY WINDOWS & BATHS,<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**MOTION FOR ORDER COMPELLING DISCOVERY** |

In this proposed class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, Plaintiffs Alisha Saladino and David Donahue respectfully move this Court to compel Defendant Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths to produce: (A) complaints directed at Mad City or its vendor's outbound telephone calls (Request No. 5); and (B) Mad City's outbound call and text records (Request No. 17).

*[Counsel signature block to follow on next page.]*

1

Dated: January 20, 2026

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on January 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of January, 2026.

By:    */s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli