UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALISHA SALADINO and DAVID DONAHUE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MAD CITY HOME IMPROVEMENT, LLC, d/b/a MAD CITY WINDOWS & BATHS,<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**MEET AND CONFER STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY** |

Pursuant to Local Rule 7.1(a)(1), I certify that I met and conferred with counsel for Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths, by videoconference, prior to filing Plaintiffs' Motion for Order Compelling Production, in an effort to obtain, without court action, the discovery that this motion seeks. The Parties do not agree on the Motion's resolution.

*[Counsel signature block to follow on next page.]*

1

2

Dated: January 20, 2026	By:	 /s/ *Anthony Paronich*
	Anthony Paronich (*pro hac vice*)
	**PARONICH LAW, P.C.**
	350 Lincoln Street, Suite 2400
	Hingham, MA 02043
	Telephone: (617) 485-0018
	Fax: (508) 318-8100
	anthony@paronichlaw.com


	Raina C. Borrelli
	Alex Phillips (*pro hac vice*)
	**STRAUSS BORRELLI PLLC**
	One Magnificent Mile
	980 N. Michigan Avenue, Suite 1610
	Chicago IL, 60611
	Telephone: (872) 263-1100
	Facsimile: (872) 263-1109
	raina@straussborrelli.com

2

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on January 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of January, 2026.

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli