UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALISHA SALADINO and DAVID DONAHUE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MAD CITY HOME IMPROVEMENT, LLC, d/b/a MAD CITY WINDOWS & BATHS,<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY** |

Please take notice that Plaintiffs Alisha Saladino and David Donahue's Motion for an Order Compelling Discovery will be heard on **Tuesday, February 17, 2026 at 2:00 P.M. Central Time** before the Honorable Elsa M. Bullard, United States Magistrate Judge, Courtroom 3C.

This hearing will be conducted via Zoom using the Court's videoconferencing technology. Pursuant to Magistrate Bullard's Practice Pointers and Preferences of July 2025, Chambers staff will provide the necessary call-in information to counsel via entry on CM/ECF or electronic mail (e-mail).

*[Counsel signature block to follow on next page.]*

1

Dated: January 20, 2026

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff
and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on January 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of January, 2026.

By:  /*s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com