UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-ECW<br><br>**JOINT MOTION TO EXTEND CASE DEADLINES** |

The Parties jointly request to extend the case deadlines. In support thereof, the Parties state as follows:

1. On March 6, 2025, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the Court entered a Pretrial Scheduling Order [ECF 81].

2. The Pretrial Scheduling Order sets forth, among others, the following relevant deadlines:

    a) Defendant's deadline to disclose expert witnesses and serve expert reports: January 23, 2026;

    b) Rebuttal expert disclosures: March 19, 2026;

    c) Completion of expert discovery, including depositions: April 17, 2026;

    d) Deadline for filing non-dispositive motions relating to expert discovery: May 1, 2026;

    e) Plaintiffs' deadline to file a motion for class certification: February 6, 2026;

    f) Defendants' deadline to file opposition to class certification: March 6, 2026;

1

  g) Plaintiffs' deadline to file a reply in support of class certification: April 2, 2026; and

  h) Completion of fact discovery: June 1, 2026.

3. After meeting and conferring, the parties agreed they would extend the following deadlines:

  a) Defendant's deadline to disclose expert witnesses and serve expert reports by 28 days, to **February 20, 2026;**

  b) Rebuttal expert disclosures by approximately 28 days, to **April 16, 2026;**

  c) Completion of expert discovery, including depositions by 45 days, to **June 1, 2026;**

  d) Deadline for filing non-dispositive motions relating to expert discovery by 45 days, to **June 15, 2026**;

  e) Plaintiffs' deadline to file a motion for class certification by 150 days, to **July 6, 2026;**

  f) Defendants' deadline to file opposition papers to class certification by 150 days, to **August 3, 2026;**

  g) Plaintiffs' deadline to file a reply in support of class certification by 150 days, to **August 31, 2026;** and

  h) Completion of fact discovery by 150 days, to **October 29, 2026.**

4. This joint motion is made in good faith and not for the purpose of delay.

5. Plaintiffs are unable to file a motion for class certification without access to outbound calling data, which is the subject of a pending motion to compel before this Court.

6. Defendant requires additional time to complete its expert report due to the volume and complexity of the data at issue

As a result, the parties respectfully request that the Court grant this request and extend the case deadlines noted above.

Dated: January 26, 2026                                                  Dated: January 26, 2026

By: /s/ Anthony I. Paronich                                          By: /s/ Eric J. Troutman
Anthony I. Paronich (*pro hac vice*)                         Eric J. Troutman (*pro hac vice*)
**PARONICH LAW, P.C.**                                         **TROUTMAN AMIN, LLP**
350 Lincoln Street, Suite 2400                                    400 Spectrum Center, Ste. 1550
Hingham, MA 02043                                                   Irvine, CA 92618
Tel: (617) 485-0018                                                       Telephone: (949) 761-5021
Fax: (508) 318-8100                                                     troutman@troutmanamin.com
anthony@paronichlaw.com

Raina C. Borrelli (MN No: 0392127)                           Emily M. Plunkett
**STRAUSS BORRELLI PLLC**                                   **NELSON MULLINS RILEY &**
raina@turkestrauss.com                                              **SCARBOROUGH LLP**
613 Williamson St., Suite 201                                     1600 Utica Avenue South, Suite 600
Madison, WI 53703                                                     Minneapolis, MN 55416
Telephone (608) 237-1775                                         Telephone: (612) 464-4500
Facsimile: (608) 509-4423                                          emily.plunkett@nelsonmullins.com
Raina@straussborrelli.com

*Attorneys for Plaintiff*                                                *Attorneys for Defendant*