UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MAD CITY HOME IMPROVEMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths ("Mad City") hereby lodges the attached [Proposed] Order Granting Mad City Home Improvement, LLC'S Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel [ECF No. 99].

Dated: January 26, 2026                                         Troutman Amin, LLP

By: /s/ Eric J. Troutman
Eric J. Troutman

*Attorneys for Defendant Mad City*

**CERTIFICATE OF SERVICE**

I hereby certify that January 26, 2026, a copy of the foregoing was served by ECF to counsel of record.

/s/ Eric J. Troutman
Eric J. Troutman

1