UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**[PROPOSED] ORDER GRANTING MAD CITY HOME IMPROVEMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL** |

This Court, having read the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel, and being familiar with the relevant papers and proceedings in this action, it is hereby Ordered:

1. Defendant's deadline to respond to Plaintiffs' Motion to Compel is moved from January 27, 2026, to February 26, 2026.

2. The hearing on the Motion will be rescheduled from February 17, 2026, to March 19, 2026.

Dated: _____

HON. ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE

1