# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>      *Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths ("Mad City") hereby lodges the attached [Proposed] Order Granting the Parties' Joint Motion to Extend Case Deadlines [ECF No. 100].

Dated: January 26, 2026

Troutman Amin, LLP

By: /s/ Eric J. Troutman
Eric J. Troutman

*Attorneys for Defendant Mad City*

## CERTIFICATE OF SERVICE

I hereby certify that January 26, 2026, a copy of the foregoing was served by ECF to counsel of record.

/s/ Eric J. Troutman
Eric J. Troutman

1