UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES** |

This Court, having read the Parties' Joint Motion to Extend Case Deadlines, and being familiar with the relevant papers and proceedings in this action, it is hereby Ordered:

1. Defendant's deadline to disclose expert witnesses and serve expert reports is reopened and extended by 28 days, to February 20, 2026.

2. Rebuttal expert disclosures are extended by approximately 28 days, to April 16, 2026.

3. Completion of expert discovery, including depositions, is extended by 45 days, to June 1, 2026.

4. Deadline for filing non-dispositive motions relating to expert discovery is extended by 45 days, to June 15, 2026.

5. Plaintiffs' deadline to file a motion for class certification is extended by 150 days, to July 6, 2026.

1

2

6.     Defendant's deadline to file opposition papers to class certification is extended by 150 days, to August 3, 2026.

7.     Plaintiffs' deadline to file a reply in support of class certification is extended by 150 days, to August 31, 2026.

8.     Completion of fact discovery is extended by 150 days, to October 29, 2026.


Dated:                                              _____
                                                    HON. ELSA M. BULLARD
                                                    UNITED STATES MAGISTRATE JUDGE