# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>**AMENDED JOINT MOTION TO EXTEND CASE DEADLINES** |

The Parties jointly request to extend the case deadlines. In support thereof, the Parties state as follows:

1. On March 6, 2025, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the Court entered a Pretrial Scheduling Order [ECF 81].

2. The Pretrial Scheduling Order sets forth, among others, the following relevant deadlines:

   a) Defendant's deadline to disclose expert witnesses and serve expert reports: January 23, 2026;

   b) Rebuttal expert disclosures: March 19, 2026;

   c) Completion of expert discovery, including depositions: April 17, 2026;

   d) Deadline for filing all non-dispositive motions including those that relate to fact discovery: June 15, 2026;

   e) Deadline for filing non-dispositive motions relating to expert discovery: May 1, 2026;

   f) Plaintiffs' deadline to file a motion for class certification: February 6, 2026;

1

      g) Defendants' deadline to file opposition to class certification: March 6, 2026;

      h) Plaintiffs' deadline to file a reply in support of class certification: April 2, 2026; and

      i) Completion of fact discovery: June 1, 2026.

3. After meeting and conferring, the parties agreed they would extend the following deadlines:

      a) Defendant's deadline to disclose expert witnesses and serve expert reports by 28 days, to **February 20, 2026;**

      b) Rebuttal expert disclosures by approximately 28 days, to **April 16, 2026;**

      c) Completion of expert discovery, including depositions by 45 days, to **June 1, 2026;**

      d) Deadline for filing all non-dispositive motions including those that relate to fact discovery by 45 days, to **July 30, 2026;**[1]

      e) Deadline for filing non-dispositive motions relating to expert discovery by 45 days, to **June 15, 2026**;

      f) Plaintiffs' deadline to file a motion for class certification by 150 days, to **July 6, 2026;**

      g) Defendants' deadline to file opposition papers to class certification by 150 days, to **August 3, 2026;**

      h) Plaintiffs' deadline to file a reply in support of class certification by 150 days, to **August 31, 2026;** and

      i) Completion of fact discovery by 150 days, to **October 29, 2026.**

---

[1] The Parties neglected to include this deadline in the original Joint Motion to Extend Case Deadlines [Dkt. 100].

4. This joint motion is made in good faith and not for the purpose of delay.

5. Plaintiffs are unable to file a motion for class certification without access to outbound calling data, which is the subject of a pending motion to compel before this Court.

6. Defendant requires additional time to complete its expert report due to the volume and complexity of the data at issue

As a result, the parties respectfully request that the Court grant this request and extend the case deadlines noted above.

| | |
|---|---|
| Dated: January 27, 2026 | Dated: January 27, 2026 |
| By: Raina C. Borrelli<br>Raina C. Borrelli (MN No: 0392127)<br>**STRAUSS BORRELLI PLLC**<br>raina@turkestrauss.com<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423<br>Raina@straussborrelli.com | By: Eric J. Troutman<br>Eric J. Troutman (*pro hac vice*)<br>**TROUTMAN AMIN, LLP**<br>400 Spectrum Center, Ste. 1550<br>Irvine, CA 92618<br>Telephone: (949) 761-5021<br>troutman@troutmanamin.com |
| Anthony I. Paronich (*pro hac vice*)<br>**PARONICH LAW, P.C.**<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com | Emily M. Plunkett<br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>1600 Utica Avenue South, Suite 600<br>Minneapolis, MN 55416<br>Telephone: (612) 464-4500<br>emily.plunkett@nelsonmullins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |