## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA (DMN)

| | |
|---|---|
| **Alisha Saladino and David Donahue**, individually and on behalf of all other similarly situated, | Case No. 0:24-cv-01419-NEB-EMB |
| *Either of the Plaintiffs*, v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| **Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths, | |
| *Defendant*. | |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jenniffer Cabrera withdraws as counsel for Mad City Home Improvement, LLC, ("Defendant") in this case.

Dated: February 24, 2026

TROUTMAN AMIN, LLP

*/s/ Steven Rozenfeld*
Steven L. Rozenfeld (*pro hac vice*)
**TROUTMAN AMIN, LLP**
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
Telephone: (347) 634-3527
steven@troutmanamin.com
*Counsel for Defendant Mad City Home Improvement, LLC, doing business as Mad City Windows & Baths*