# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS** <br><br> *Defendant.* | Case No. 0:24-cv-01419-NEB-EMB <br><br> Honorable Judge Nancy E. Brasel <br><br> Honorable Magistrate Judge Elsa M. Bullard <br><br> **[PROPOSED] ORDER GRANTING MAD CITY HOME IMPROVEMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL** |

This Court, having read the Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel, and being familiar with the relevant papers and proceedings in this action, it is hereby Ordered:

1. Defendant's deadline to respond to Plaintiffs' Motion to Compel is moved from February 26, 2026, to March 12, 2026.

2. The hearing on the Motion will be rescheduled from March 19, 2026, to April 2, 2026.

Dated: _____

HON. ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE

1