UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALISHA SALADINO and DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC** d/b/a **MAD CITY WINDOWS & BATHS,**<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY AND NOTICE OF HEARING** |

## MOTION

In this proposed class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, Plaintiffs Alisha Saladino and David Donahue respectfully move this Court to compel Defendant Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths to produce: second supplemental responses to Interrogatory Nos. 5 and 11 and Requests for Production No. 18, a supplemental response to Request for Production No. 8, and to produce all responsive documents.

## NOTICE

Please take notice that Plaintiffs Alisha Saladino and David Donahue's Motion for an Order Compelling Discovery will be heard **April 2, 2026, at 3:00 P.M. Central Time via Video Conference** before the Honorable Elsa M. Bullard, United States Magistrate Judge, Courtroom 3C.

1

This hearing will be conducted via Zoom using the Court's videoconferencing technology. Pursuant to Magistrate Bullard's Practice Pointers and Preferences of July 2025, Chambers staff will provide the necessary call-in information to counsel via entry on CM/ECF or electronic mail (e-mail).

| | |
|---|---|
| Date: March 9, 2026 | By:  */s/ Raina C. Borrelli*  <br>Raina C. Borrelli <br>Alex Phillips (*pro hac vice*) <br>**STRAUSS BORRELLI PLLC** <br>One Magnificent Mile <br>980 N. Michigan Avenue, Suite 1610 <br>Chicago IL, 60611 <br>Telephone: (872) 263-1100 <br>Facsimile: (872) 263-1109 <br>raina@straussborrelli.com <br><br>By:  */s/ Anthony Paronich*  <br>Anthony Paronich (*pro hac vice*) <br>**PARONICH LAW, P.C.** <br>350 Lincoln Street, Suite 2400 <br>Hingham, MA 02043 <br>Telephone: (617) 485-0018 <br>Fax: (508) 318-8100 <br>anthony@paronichlaw.com <br><br>*Counsel for Plaintiffs* <br>*and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 9th day of March, 2026.

                                                                         Respectfully submitted,

                                                                         */s/ Raina C. Borrelli*
                                                                         Raina C. Borrelli
                                                                         **STRAUSS BORRELLI PLLC**
                                                                         One Magnificent Mile
                                                                         980 N. Michigan Avenue, Suite 1610
                                                                         Chicago IL, 60611
                                                                         Telephone: (872) 263-1100
                                                                         Facsimile: (872) 263-1109
                                                                         raina@straussborrelli.com