— **EXHIBIT A** —

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALISHA SALADINO** and **DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>*Defendant.* | Case No. 0:24-cv-01419-NEB-ECW |

**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs provide their initial disclosures. These initial disclosures represent the best efforts of Plaintiffs and their counsel at this early stage based on available non-privileged, non-work product information relating to Plaintiffs' claims. Plaintiffs reserve the right to rely on additional witnesses or documents relating to the claims alleged and/or to supplement these disclosures as the case progresses.

A.     Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))

The following individuals are likely to have discoverable information that Plaintiff may use to support the claims asserted in this case:

| NAME | CONTACT INFORMATION | SUBJECT OF KNOWLEDGE |
|---|---|---|
| Alisha Saladino | Contact through Plaintiffs' counsel | Ms. Saladino has knowledge of the facts and circumstances surrounding communications from or on behalf of Defendant, including the receipt of calls. |
| David Donahue | Contact through Plaintiffs' counsel | Mr. Donahue has knowledge of the facts and circumstances surrounding communications |

1

| | | |
|---|---|---|
| | | from or on behalf of Defendant, including the receipt of calls. |
| As yet unidentified employees or vendors of Defendant | Contact through Defendant's counsel | Defendant's policies and procedures for initiating calls through third parties, making its own telemarketing calls and training employees; selection, compensation, and retention of outside vendors and/or agents; number of telemarketing calls made; policies and procedures for complying with the TCPA; presence, absence, and/or formation of policies to comply with the TCPA. |
| All other persons identified by Defendant | To be determined | Unknown at this time. |

**B.  Documents (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Plaintiffs may use the following categories of documents to support the claims asserted in this case:

1. Documents in the possession, custody, or control of Defendant that contain any information regarding telemarketing calls made at Defendant's direction, or subject to Defendant's control;

2. Documents in the possession, custody, or control of Defendant, including training materials, policy and procedure manuals, employee manuals, and other documents used by Defendant to train its employees and vendors on its marketing efforts. These documents include Defendant's management of and response to written correspondence relating to telemarketing calls;

3. Documents relating to lawsuits filed against Defendant or its agents and vendors for violation of the TCPA or similar federal or state statutes and regulations;

2

4. Documents in Plaintiffs' control, including telephone bills and voicemails.

5. Documents in the possession, custody, or control of Defendant relating to Defendant and its vendors' compliance with the TCPA or similar state statutes and regulations, including policies and procedures; and

6. Electronically Stored Information ("ESI") in the possession, custody, or control of Defendant relating to calls initiated on Defendant's behalf, including through or with the assistance of a third party, including but not limited to call logs, collection logs, compilations and/or summaries of call data, and internal communications relating to calls.

Plaintiffs expressly reserve the right to supplement this list of documents as their investigation into the facts of this case and discovery progress.

## C. Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))

Plaintiffs' calculations of damages will depend on information received in discovery, including the number of calls made to Plaintiffs and Class members in violation of the TCPA. Plaintiffs and the putative Class were damaged because these calls caused them to have to take time from their day to attend to these unsolicited telemarketing calls and used minutes and data from their phone plans, among other things. Plaintiffs seek the maximum statutory damages under the TCPA for herself and the Class.

Specifically, Plaintiffs and Class members are entitled to an award of $500 in statutory damages for each and every call in violation of the statute, pursuant to 47 U.S.C. § 227. For all knowing and/or willful violations of the TCPA, Plaintiffs and Class members are entitled to treble damages of up to $1,500 for each and every call, pursuant to 47 U.S.C. § 227. Furthermore, Plaintiffs Saladino and Donohue and the Class are entitled to an award of up to $500 in statutory damages for each and every violation of the statute, pursuant to 47 U.S.C. § 227. Plaintiffs also

3

seeks an injunction prohibiting further conduct in violation of 47 U.S.C. § 227. Plaintiffs reserve the right to supplement or amend these damage computations.

**D.      Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

Plaintiffs are not in possession of any known applicable insurance agreements.

Dated: March 17, 2025               By: */s/ Raina C. Borrelli*
                                    Raina C. Borrelli
                                    Alex Phillips (*pro hac vice*)
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N. Michigan Avenue, Suite 1610
                                    Chicago IL, 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    raina@straussborrelli.com
                                    aphillips@straussborrelli.com

                                    Anthony I. Paronich (*pro hac vice*)
                                    PARONICH LAW, P.C.
                                    350 Lincoln Street, Suite 2400
                                    Hingham, MA 02043
                                    Telephone: (617) 485-0018
                                    Fax: (508) 318-8100
                                    anthony@paronichlaw.com

                                    *Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 17, 2025, I caused the foregoing to be transmitted by email to the following:

> Jenniffer Cabrera (FBN 1034545)
> 1825 NW Corporate Blvd., Suite 100
> Boca Raton, FL 33431
> Tel. 561-834-0883
> jenniffer@troutmanamin.com
>
> Emily M. Plunkett
> Nelson Mullins Riley & Scarborough LLP
> 1600 Utica Avenue South, Suite 600
> Minneapolis, MN 55416
> Tel. 612-464-4500
> Emily.plunkett@nelsonmullins.com
>
> *Counsel for Defendant Mad City Home Improvement, LLC.*

DATED this 17th day of March, 2025.

By: */s/Raina C. Borrelli*

5