UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALISHA SALADINO and DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC** d/b/a **MAD CITY WINDOWS & BATHS,**<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-ECW<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**PROPOSED ORDER COMPELLING DISCOVERY** |

This Court, having read the papers filed in connection with Plaintiffs' Motion For Order Compelling Discovery, having heard the Parties' oral arguments, and being familiar with the relevant papers and proceedings in this action, it is hereby Ordered:

1. Plaintiffs' Motion for Order Compelling Discovery is **GRANTED**.

2. Defendant's objections to Interrogatory Nos. 5 and 11, and Document Request Nos. 8 and 18 are overruled. Defendant must provide complete responses to Interrogatory Nos. 5 and 11 and produce all documents responsive to Document Request Nos. 8 and 18 within two weeks of this Order.

3. Defendant shall pay Plaintiffs' reasonable expenses, including attorney's fees, incurred in filing this motion.

Dated: _____

_____
HON. ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE