## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALISHA SALADINO and DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAD CITY HOME IMPROVEMENT, LLC** d/b/a **MAD CITY WINDOWS & BATHS,**<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-ECW<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**MEET AND CONFER STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY** |

Pursuant to Local Rule 7.1(a)(1), I certify that I met and conferred with counsel for Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths, by videoconference, prior to filing Plaintiffs' Motion for Order Compelling Discovery, in an effort to obtain, without court action, the discovery that this motion seeks. As detailed in the Memorandum, Mad City has repeatedly agreed to supplement its responses to Interrogatory Nos. 5 and 11 and Request for Production Nos. 8 and 18, but has failed to do so. Accordingly, the Parties are unable to reach agreement on the resolution of the Motion.

*[Counsel signatures to follow on next page.]*

Date: March 9, 2026

By:    /s/ *Anthony Paronich*
Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiffs*
*and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 9th day of March, 2026.

> Respectfully submitted,
>
> */s/ Raina C. Borrelli*
> Raina C. Borrelli
> **STRAUSS BORRELLI PLLC**
> One Magnificent Mile
> 980 N. Michigan Avenue, Suite 1610
> Chicago IL, 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109
> raina@straussborrelli.com