UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA (DMN)

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB |

### DECLARATION OF ABBAS MOHAMMED IN SUPPORT OF DEFENDANT MAD CITY HOME IMPROVEMENT, LLC'S OPPOSITION TO PLAINTIFFS' <u>MOTION TO COMPEL</u>

I, Abbas Mohammed, based upon information made available to me, and to the best of my knowledge, information and belief, declare:

1. I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths ("Mad City") Opposition to Plaintiffs' Motion to Compel

2. I am the Head of Data Engineering for Renuity. In that role, I have access to and am the point person for data searches and extractions at Renuity related to data sets associated with outbound calls and lead records for Renuity, and each of its companies,

including Mad City. I am aware of Renuity's server resources and limitations—as well as pertinent databases, tables and data elements—related to the data sets at issue in Plaintiffs' motion to compel. I joined Renuity in September 2023, and have worked in the data space for over 20 years.

3. Lead Perfection is Renuity's CRM system that tracks consumer profiles and integrates agent-entered notations to maintain status updates on each profile. Due to the CRM's limitations, however, searches on Lead Perfection must be conducted on a phone number-by-phone number basis, as the system does not support bulk extractions of large volumes of phone numbers or data at one.

4. I have reviewed Plaintiffs' request for production, set one in this case. More specifically, I have reviewed Request for Production nos. 5 and 17.

5. Request for Production No. 5, seeking "all complaints" would be highly burdensome and impracticable to comply with. Renuity does not maintain a centralized repository of all consumer-related complaints. Instead, such communications are dispersed across numerous systems and across the email accounts of more than three thousand (3000) employees company-wide. It is my understanding that nearly every department—and employee—handles a consumer complaint to some extent, meaning that locating every instance in which a consumer complaint might appear would require a manual, file-by-file review of hundreds of thousands, if not millions of communications. Further, most of these materials relate to service issues as opposed to telemarketing.

6. Request for Production No. 17, "all documents containing…information for each outbound telemarketing call" is an equally significant, if not greater, burden.

7.      Renuity uses three separate dialing systems—Ring Central, Vonage, and Five9. It is my understanding that Five9 call data is saved to Renuity's data warehouse, known as the "Data Core," and the earliest available Five9 records begin in November 2023. Call data from Ring Central and Vonage is not stored in the Data Core. Moreover, even if Renuity were to request historical data directly from those dialing platforms, the systems typically retain only 12 to 13 months of records, depending on the provider.

8.      Other call-related data available to Renuity may be what resides in Lead Perfection, the company's CRM system. Five9 is directly integrated with Lead Perfection, so calls attempted through Five9 populate within Lead Perfection. Lead Perfection does not, however, store any data from Vonage or RingCentral, as those dialing systems are not integrated with Lead Perfection.

9.      Extracting the Five9 data stored in the Data Core from November 2023 forward is an extremely complex and resource-intensive operation. The dataset compromises at least 20 million records. The Data Core is not designed to support ad hoc bulk extractions of this magnitude without risking material degradation to production systems. Pulling this volume of data would place a sustained load on Renuity's servers, threaten system stability, and create a meaningful risk of interrupting critical business operations. To perform an extraction of this scale while avoiding network disruption, Renuity would need to allocate specialized engineering resources to design, scrip, test, and validate a multi-stage data pipeline. Given the limited number of technical personnel with the expertise required to safely execute a project of such complexity, if Renuity engineers are expected to maintain their daily operations at Renuity, while simultaneously working

on this production, such a process may require hundreds of hours of labor and span multiple weeks to complete. During that time, those engineers would necessarily be diverted from their core responsibilities, further constraining system support and operational capacity. In short, this type of extraction is not a routine task; it would require significant engineering effort and specialized resources that Mad City does not have readily available to allocate.

10. Determining the source of every lead associated with every call placed would require a completely separate and highly complex technical effort. The Data Core contains more than 20 million call records dating back to November 2023, and there is no automated mechanism that can pull each of those call events to their originating lead sources without causing severe server disruptions. Identifying the source for each call would necessitate a manual analysis, cross-referencing disparate systems that were never designed to interoperate in this manner. Performing such a reconstruction at this scale may take dozens, if not hundreds of hours to complete, if engineers are expected to maintain their regular operational responsibilities while simultaneously undertaking this production.

11. Further, there are 20,997 different subsources in the Data Core as of March 11, 2026. A subsource is the consent source of a consumer's phone number being provided to Mad City for contact. Subsources can be third-party vendors, they can indicate a consumer initiated the call themselves, or provided their number during a canvasing event, among others. If Mad City were to attempt to identify the subsource of every single call record generated through Five9 and available in its Data Core, Mad City would have to connect those call records to the records available in Lead Perfection. This process requires reviewing and linking data across multiple systems and validating those associations. To

do so, Mad City may have to expend dozens of hours.

12. If Mad City were forced to comply with Plaintiffs' Request for Production, No. 17, Mad City may have to expend hundreds of hours in labor, risk disruptions to its servers and operations, and would unnecessarily risk the privacy of hundreds of thousands of consumers.

13. Given the scale of the data stored in Mad City's Data Core and the technical limitations described above, Mad City should be permitted to produce a representative sample of the call data in lieu of attempting a full extraction. Mad City has not previously generated this type of sample from the system, and doing so would still require technical effort and careful handling to avoid disruption or security concerns. However, generating a statistically meaningful sample, such as 500 call records, would require substantially fewer resources than attempting a full extraction, can be performed safely and reliably without jeopardizing system stability. This approach would allow the parties and the Court to evaluate the relevant information without imposing undue strain on Renuity's servers and engineering resources.

14. In addition, from an information-security standpoint, broad disclosure of such call data presents significant privacy risks. These datasets contain sensitive personally identifiable information. Producing large volumes of raw consumer data records would increase the risk of unnecessary exposure and runs counter to industry best practices for data minimization. A targeted, representative sample would allow the parties to obtain the information they need while preserving consumer privacy and maintaining the integrity of Renuity's security protocols.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of March, 2026, in Celina, Texas.

/s/ Abbas Mohammed  
Abbas Mohammed

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Eric J. Troutman*  
Eric J. Troutman