UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA (DMN)

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,<br><br>Defendant. | Case No. 0:24-cv-01419-NEB-EMB |

**DECLARATION OF ELIAS LADAS IN SUPPORT OF DEFENDANT MAD CITY HOME IMPROVEMENT, LLC'S OPPOSITION TO PLAINTIFFS' <u>MOTION TO COMPEL</u>**

I, Elias Ladas, based upon information made available to me, and to the best of my knowledge, information and belief, declare:

1. I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths ("Mad City") Opposition to Plaintiffs' Motion to Compel.

2. I am the Principal, Corporate Strategy & Development, for Renuity. In that role, I am involved in developing and deploying marketing and campaign strategies for Renuity and its subsidiaries, including those involving third-party consent sources.

- 1 -

3. Lead Perfection is an end-to-end workflow management system that tracks account history and integrates agent-entered notations to maintain status updates on each profile.

4. If a consent source was received by Renuity from a third-party vendor, the vendor may be identified in the source field on the user's profile as a subsource.

5. Mad City is a trusted home improvement company dedicated to enhancing customers' homes with quality products and services.

6. Mad City provides information regarding its services to consumers in a number of ways. Pertinent to this case, it will make live outbound calls to consumers but only when consumers have provided prior express written consent to receive calls from Mad City.

7. Mad City also dispatches canvassers to identify individuals who may need home improvement services.

8. Like all businesses, Mad City will contact consumers who ask to be called by it—but Mad City does not cold call consumers.

9. Keywords Connect is a third-party vendor that transfers consent sources to Mad City. Upon review of David Donahue's profile in Lead Perfection, Mr. Donahue was transferred over from Keywords Connect to Mad City, on April 8, 2024, after Mr. Donahue has provided his consent to be contacted by Mad City.

10. In Lead Perfection, the records demonstrate that on September 8, 2023, Mad City obtained Ms. Saladino's telephone number, (651) 279-1186, from Ms. Saladino herself when Mad City visited her residence during a canvassing event.

- 3 -

11. During this visit, Ms. Saladino scheduled an appointment for window services, which she rescheduled twice, and Mad City directly contacted Ms. Saladino regarding these appointments and the window services requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of March, 2026, in Charlotte, North Carolina.

/s/ *Elias Ladas*
Elias Ladas

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Eric J. Troutman*
Eric J. Troutman