UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA (DMN)

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,<br><br>        Defendant. | Case No. 0:24-cv-01419-NEB-EMB |

**DECLARATION OF EDWARD BLUNT IN SUPPORT OF DEFENDANT MAD CITY HOME IMPROVEMENT, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

I, Edward Blunt, based upon information made available to me, and to the best of my knowledge, information and belief, declare:

1.  I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths ("Mad City") Opposition to Plaintiffs' Motion to Compel

2.  I am the Head of Product for Renuity. In that role, I have access to and am the point person for data searches and extractions at Renuity related to data sets associated with Lead Perfection, including its companies, such as Mad City. I am aware of Renuity's

server resources and limitations—as well as pertinent databases, tables and data elements—related to the data sets at issue in Plaintiffs' motion to compel. I joined Renuity in February 2023.

3. Lead Perfection is Renuity's CRM system that tracks account history and integrates agent-entered notations to maintain status updates on each profile. Searches on Lead Perfection, however, must be conducted on a phone number-by-phone number basis; the system does not support bulk or ad hoc extractions of large volumes of phone numbers at one.

4. I have reviewed Plaintiffs' request for production, set one in this case. More specifically, I have reviewed Request for Production nos. 5.

5. Request for Production No. 5, seeking "all complaints" would be highly burdensome and impracticable to comply with, particularly if Renuity were to attempt to pull consumer complaints that may have been left by agents as notes on Lead Perfection.

6. Lead Perfection does not provide functionality that allows the performance of free-form text searches across the platform.

7. Since Lead Perfection does not support free-form text searching, pulling consumer complaints that are entered manually by agents on Lead Perfection would be incredibly burdensome. As a result, identifying such information would require manually reviewing hundreds of thousands, if not millions, of records within the system. First, Renuity would have to calculate the total number of notes on Lead Perfection. Then, Renuity would have to export and format the notes, a process Renuity does not currently have a system in place for and can take weeks given the already thin availability of

engineering resources. Finally, Renuity would have to manually review and redact sensitive information that may be listed in those notes—which can take additional weeks to complete. In total, if the engineers are expected to maintain their daily operations at Renuity, while simultaneously working on this production, such a process may require hundreds of hours of work.

8. Such a task introduces challenges other than time and resources, such as server vulnerability. The operational impact of extracting data From Lead Perfection would vary by division depending on the number of records maintained within each division. Because the requested information would require retrieving several years of notes, the system will not be able to support a single extraction event. Instead, it would be necessary to perform multiple smaller exports over several time periods and then consolidate those datasets outside of Lead Perfection. Large-scale data extraction of this nature can impact system performance, causing delays and temporary unresponsiveness, for users actively working in the platform—a potential disruption across all of Renuity's operations and 3,000+ employees.

9. Finally, producing each of the Lead Perfection notes would require exporting additional data from Lead Perfection in order to associate the notes with the relevant customers and employees. This process would entail extracting additional data from multiple tables within Lead Perfection. Such a layer of complexity may add dozens of hours to the already burdensome request at hand.

10. In total, extracting all consumer complaints through Lead Perfection may take hundreds of hours, and may result in server and operational disruptions across Renuity

- 4 -

systems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of March, 2026, in Port Charlotte, Florida.

/s/ Edward Blunt
Edward Blunt

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Eric J. Troutman*
Eric J. Troutman