## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>*v.*<br><br>**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS**<br><br>       *Defendant.* | Case No. 0:24-cv-01419-NEB-EMB<br><br>Honorable Judge Nancy E. Brasel<br><br>Honorable Magistrate Judge Elsa M. Bullard<br><br>**MAD CITY HOME IMPROVEMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND MOTION TO COMPEL** |

Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths ("Mad City"), through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully requests this Court to enter an Order granting Mad City a brief extension of time to respond to Plaintiffs' Alisha Saladino and David Donahue ("Plaintiffs") Motion to Compel as well as an extension of time for the scheduled Hearing on that Motion.

At present, the Opposition to the Motion to Compel is due March 16, 2026, and the hearing is scheduled for April 2, 2026.

Mad City respectfully requests that the Opposition deadline be extended to **March 30, 2026**, and that the hearing be continued to **April 20, 2026**.

In support thereof, Mad City respectfully submits that good cause exists to support an extension to respond to Plaintiffs' Second Motion to Compel. On March 13, 2026, Mad City provided supplemental discovery responses and production to Plaintiffs. A two-week

extension will allow Plaintiffs to review Mad City's production and determine whether the Plaintiffs' Second Motion to Compel remains necessary.

Moreover, a two-week extension would also provide Mad City's counsel sufficient time to prepare its Opposition and adequately confer with Mad City to ensure a complete and proper response to Plaintiffs' Second Motion to Compel, if one is necessary.

Mad City further submits that the request is not made in bad faith or for the purpose of delay and Mad City has conferred with Plaintiffs regarding the relief requested herein, and Plaintiffs are not opposed to the extension.

**WHEREFORE**, for all of these reasons, Mad City respectfully requests the Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Second Motion to Compel until March 30, 2026, and continue the hearing to April 20, 2026, and for such other relief to which Mad City may be entitled.

Dated: March 16, 2026

By:/s/ Eric J. Troutman
Eric J. Troutman (*pro hac vice*)
**TROUTMAN AMIN, LLP**
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
Telephone: (949) 761-5021
troutman@troutmanamin.com

Emily M. Plunkett
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone: (612) 464-4500
emily.plunkett@nelsonmullins.com

*Attorneys for Defendant*

2