Outlook

## RE: Mad city

**From** Anthony Paronich <anthony@paronichlaw.com>

**Date** Tue 11/11/2025 2:36 PM

**To** Jenniffer Cabrera <jenniffer@troutmanamin.com>; Eric Troutman <troutman@troutmanamin.com>

**Cc** Steven Rozenfeld <steven@troutmanamin.com>; TCPA Team <TCPA@straussborrelli.com>

🔗 2 attachments (324 KB)

Supplemental Discovery Responses (Mad City) - 10282025.pdf; Supplemental Interrogatory Verification. Mad City EL.pdf;

> **Caution**: External (anthony@paronichlaw.com)
>
> Confusable Domain  Details
>
> Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Jennifer and Eric:

Thanks for conferring here, my notes are below:

- Interrogatory No. 1 is complete, and we'd like deposition dates for Lauren Kingsley and Elias Ladas in December or January.
- Interrogatory No. 5 still does not identify all the sources of leads during the class period, which we will seek to move to compel. We also do not agree to the time limitation "from 2023 through June 2024" and the phrase of "most likely" before providing RingCentral, Vonage and/or Five9 also needs to be addressed. *You intend to identify the dialing system*. We will get a timeline by the end of the week.
- For Interrogatory No. 11/RPD No. 18, these interactions should be produced, described and/or inserted into a privilege log: Upon reasonable inquiry and to the best of Defendant's present knowledge, information, and belief, Mad City has communicated with Keywords Connect, identified as the lead provider for Plaintiff Donahue. In addition, Mad City has issued subpoenas to LinksQuotes.com (identified as the lead source) and GoDaddy.com, LLC, for the purpose of obtaining information relating to LinksQuotes.com. In RPD No. 18 you give a statement that you'll produce correspondence, but not timeline. We will get a timeline by the end of the week.
- Communications with or about KeyConnect (RPD No. 8) other than those explicitly about this lawsuit (identified above), you did not supplement in the pleading *but intended to*, we will get a timeline by the end of the week.
- You provided no supplement and accordingly refuse to produce the following documents:
  - Consumer Complaint (RPD No. 5)
  - Calling or Texting Records (RPD No. 17)

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400