**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA (DMN)**

| | |
|---|---|
| **Alisha Saladino** and **David Donahue**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths, <br><br> Defendant. | Case No. 0:24-cv-01419-NEB-EMB |

### DECLARATION OF EDWARD BLUNT IN SUPPORT OF DEFENDANT MAD CITY HOME IMPROVEMENT, LLC'S OPPOSITION TO PLAINTIFFS' <u>SECOND MOTION TO COMPEL</u>

I, Edward Blunt, based upon information made available to me, and to the best of my knowledge, information and belief, declare:

1. I am over the age of eighteen (18) years, and I have direct and personal knowledge of the matters set forth in this Declaration. If called and sworn, I could and would competently testify to the following facts. I submit this Declaration in support of Defendant Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths ("Mad City") Opposition to Plaintiffs' Second Motion to Compel.

2. I am the Head of Product for Renuity. In that role, I have access to and am the point person for data searches and extractions at Renuity related to data sets associated with Lead Perfection, including its companies, such as Mad City. I am aware of Renuity's

- 1 -

server resources and limitations—as well as pertinent databases, tables and data elements—related to the data sets at issue in Plaintiffs' motion to compel. I joined Renuity in February 2023.

3. Lead Perfection is Renuity's CRM system that tracks account history and integrates agent-entered notations to maintain status updates on each profile.

4. I have reviewed Plaintiffs' request seeking "all the sources of leads." I have also reviewed Plaintiffs' request for "agreements between Mad City and any third-party vendor(s)."

5. Plaintiffs' request for "all the sources of leads" would be highly burdensome and impracticable to comply with.

6. Renuity has previously identified 20,997 different subsources as of March 11, 2026. A subsource is the consent source of a consumer's phone number being provided to Renuity for contact. Subsources can be third-party vendors, they can indicate a consumer initiated the call themselves, or provided their number during a canvasing event, among others.

7. Lead Perfection does not provide a functionality that permits the identification or retrieval of every source of a lead, particularly sources that have made outbound calls on Renuity's or Mad City's behalf. As a result, compiling a comprehensive list of such vendors would not be a simple or centralized process. Instead, Renuity would likely be required to undertake a manual, resource intensive review of more than 20,000 subsources, aggregate and reconcile data from multiple systems, and coordinate with numerous departments and business divisions across the organization to prepare and verify

such a list. To my knowledge, Renuity has not prepared such a list before. In total, if Renuity employees are expected to maintain their daily operations, while simultaneously working on this production, such a process may require dozens of hours of work.

8.      Further, the production of executed agreements between Mad City and the respective vendors would likely not be straightforward and may impose a significant technical and operational burden. Lead Perfection does not maintain a centralized document repository or data field that stores vendor agreements for vendors that make outbound calls in a manner that permits system-wide retrieval. To my knowledge, no such centralized repository exists elsewhere within Renuity's system architecture. Accordingly, locating responsive agreements may first require identifying the relevant vendors through a multi-step process across disparate systems and data environments, as described above. Once those vendors are identified, Renuity may need to perform targeted searches across multiple communication channels, including employee correspondence records and locally stored files, in order to locate potentially responsive agreements. To my knowledge, Renuity has not prepared such a production before.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of March, 2026, in Port Charlotte, Florida.

/s/ Edward Blunt
Edward Blunt

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Eric J. Troutman*
Eric J. Troutman