**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

| | |
|---|---|
| **Alisha Saladino and David Donahue**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Mad City Home Improvement, LLC** *d/b/a* Mad City Windows & Baths<br><br>*Defendant*. | Case No. 0:24-cv-01419-NEB-EMB |

## JOINT STIPULATION TO STAY CASE

Plaintiffs Alisha Saladino and David Donahue ("Plaintiffs") and Defendant Mad City Home Improvement, LLC ("Mad City" or "Defendant") and (collectively, the "Parties"), by and through their respective counsel of record, hereby file this stipulation seeking an order from the Court staying this action pending mediation, as follows:

1. Plaintiffs filed this action on April 19, 2024;

2. On July 8, 2024, Plaintiffs filed a First Amended Complaint ("FAC");

3. On January 20, 2026, Plaintiffs filed a first Motion to Compel Discovery;

4. On January 30, 2026, this Court issued an Amended Pretrial Scheduling Order with the following dates: Defendant's disclosure of expert report due by February 20, 2026, filing for non-dispositive motions related to expert discovery due by June 15, 2026, filing of all other non-dispositive motions due by July 30, 2026, Plaintiffs' deadline to file motion for class certification due by July 6, 2026, Defendant's deadline to file opposition papers to class certification due by August 3, 2026, Plaintiffs' deadline to file a reply in support of class certification due by August 31, 2026, discovery due by October 29, 2026;

5.    On March 9, 2026, Plaintiffs filed a second Motion to Compel Discovery;

6.    On April 20, 2026, the Court granted the Plaintiffs' first Motion to Compel Discovery in part, ordering Defendant to produce the court-filed complaints and pre-litigation demand letters responsive to Plaintiffs' Request for Production No. 5 as well as information responsive to Plaintiffs' Request for Production No. 17. The Court also granted Plaintiffs' second Motion to Compel in part, ordering Defendant to produce all internal communications related to EverConnect from April 2020 through present responsive to Plaintiffs' Request for Production No. 8;

7.    On May 20, 2026, the Parties agreed to attend mediation within 90 days;

8.    The Parties have also been engaging in settlement discussions and agree that a stay would preserve judicial resources;

9.    The Parties agree that Mad City will work with Plaintiffs to assess its data and determine potential classes;

10.    The Parties further agree to depose both Plaintiffs;

11.    For purposes of judicial economy and to prevent unnecessary litigation costs, the Parties now respectfully request the Court stay the case pending mediation;

12.    The Parties further agree that all current case deadlines are extended by an amount of time equal to the length of the stay;

The parties hereby STIPULATE AND AGREE and jointly request that the Court stay all further proceedings in this action pending mediation.

**SO STIPULATED.**

Dated: May 26, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiffs and Proposed Class*

Dated: May 26, 2026

TROUTMAN AMIN, LLP

*/s/ Eric J. Troutman*
Eric J. Troutman (pro hac vice)
400 Spectrum Center Dr., Ste. 1450
Irvine, California 92618
Telephone: (949) 761-5021
troutman@troutmanamin.com

*Counsel for Defendant Mad City Home
Improvement, LLC, dba Mad City Windows &
Baths*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically sent the foregoing to counsel of record for the Plaintiffs.

/s/ *Eric J. Troutman*
Eric J. Troutman