**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

| | |
|---|---|
| **Alisha Saladino and David Donahue**, individually and on behalf of all others similarly situated, | Case No. 0:24-cv-01419-NEB-EMB |
| *Plaintiffs,* <br> v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY CASE** |
| **Mad City Home Improvement, LLC** *d/b/a* Mad City Windows & Baths, | |
| *Defendant.* | |

AND NOW, this _____ day of _____, 2026, upon consideration of the

Parties' Joint Stipulation to Stay Case (ECF No. 120), it is hereby ORDERED that the Motion is

GRANTED. The entire case shall be stayed pending mediation.

**BY THE COURT:**

_____

Hon. Nancy E. Brasel
United States District Judge