**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Alisha Saladino and
David Donahue, *individually
and on behalf of all others
similarly situated*,

          Plaintiff,

v.

Mad City Home Improvement,
LLC, *doing business as* Mad
City Windows & Baths,

          Defendant.

Case No. 24-1419-NEB/EMB

**ORDER AND SECOND
AMENDED PRETRIAL
SCHEDULING ORDER**

---

Before the Court is the parties' joint stipulation to stay case (Dkt. No. 120). Upon review and for good cause shown, the stipulation is APPROVED. This matter is STAYED pending mediation, which the parties agree will occur by **August 18, 2026**. Within 7 days of the conclusion of mediation, the parties are directed to email a joint status update to

Bullard_Chambers@mnd.uscourts.gov.

The deadlines in this matter are extended as follows:

- Completion of expert discovery, including depositions: **September 1, 2026.**
- The deadline for filing non-dispositive motions relating to expert discovery: **September 15, 2026.**

- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery: **October 30, 2026.**
- Plaintiffs' deadline to file a motion for class certification: **October 6, 2026.**
- Defendant's deadline to file opposition papers to class certification: **November 3, 2026.**
- Plaintiffs' deadline to file a reply in support of class certification: **November 30, 2026.**
- Completion of fact discovery: **January 29, 2027.**

All other provisions of the Court's prior scheduling orders (Dkt. Nos. 81, 105) remain unaffected.

Date: May 27, 2026

*s/Elsa M. Bullard*

ELSA M. BULLARD
United States Magistrate Judge

2