**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

**ALISHA SALADINO and DAVID DONAHUE**, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

**MAD CITY HOME IMPROVEMENT, LLC** d/b/a **MAD CITY WINDOWS & BATHS**,

Defendant.

Case No. 0:24-cv-01419-NEB-EMB

**JOINT STATUS REPORT**

On May 27, 2026, the Court stayed proceedings in this case pending mediation and directed the parties to submit a joint status report within seven (7) days of the conclusion of mediation. Dkt. 122.

The parties report as follows:

1. The mediation took place on August 18, 2026.

2. Although the parties were unable to reach a final settlement at the conclusion of the mediation session, the mediation was productive, and negotiations between the parties are still ongoing.

3. The parties jointly request that the Court extend all deadlines from the Court's Second Amended Pretrial Scheduling Order (Dkt. 122) by twenty-one (21) days, as follows:

- Completion of expert discovery, including depositions: October 13, 2026.

- The deadline for filing non-dispositive motions relating to expert discovery: October 27, 2026.
- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery: November 20, 2026.
- Plaintiffs' deadline to file a motion for class certification: October 27, 2026.
- Defendant's deadline to file opposition papers to class certification: November 24, 2026.
- Plaintiffs' deadline to file a reply in support of class certification: December 21, 2026.
- Completion of fact discovery: February 19, 2027.

4. The parties further agree to submit another joint status update to the Court by Tuesday, September 15, 2026.

Dated: August 26, 2026

Respectfully submitted,

By: *<u>/s/ Raina C. Borrelli</u>*

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**Paronich Law, P.C.**
350 Lincoln St.
Suite 2400
Hingham, MA 02043
508-221-1510

anthony@paronichlaw.com

*Counsel for Plaintiffs*

By: *<u>/s/ Eric J. Troutman</u>*
Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
**TROUTMAN AMIN, LLP**
400 Spectrum Center Dr., Ste. 1450
Irvine, California 92618
Telephone: (347) 634-3527
troutman@troutmanamin.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on August 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 26th day of August, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com