**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

**Alisha Saladino and David Donahue**, individually and on behalf of all other similarly situated,

*Either of the Plaintiffs*,

v.

**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,

*Defendant*.

Case No. 0:24-cv-01419-NEB-EMB

**JOINT MOTION TO AMEND THE SECOND AMENDED SCHEDULING ORDER**

The Parties jointly request to extend all deadlines from the Court's Second Amended Pretrial Scheduling Order (ECF No. 122). In support thereof, the Parties state as follows:

1. On August 26, 2026, Parties filed a Joint Status Report following the conclusion of mediation. ECF No. 125.

2. On August 28, 2026, the Court reviewed the Joint Status Report and directed the parties to file a joint motion to amend the second amended scheduling order. ECF No. 126.

3. The parties jointly request that the Court extend all deadlines from the Court's Second Amended Pretrial Scheduling Order (ECF No. 122), as follows:

- Completion of expert discovery, including depositions: October 13, 2026.
- The deadline for filing non-dispositive motions relating to expert discovery: October 27, 2026.

- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery: November 20, 2026.
- Plaintiffs' deadline to file a motion for class certification: October 27, 2026.
- Defendant's deadline to file opposition papers to class certification: November 24, 2026.
- Plaintiffs' deadline to file a reply in support of class certification: December 21, 2026.
- Completion of fact discovery: February 19, 2027.

4. This joint motion is made in good faith and not for the purpose of delay.

5. The mediation took place on August 18, 2026. Although the parties were unable to reach a final settlement at the conclusion of the mediation session, the mediation was productive, and negotiations between the parties are still ongoing.

6. Because the Parties mediation did not reach a final settlement at the mediation's conclusion, the Parties will need additional time to continue conducting discovery. The Parties' submission to mediation reasonably delayed the production of motions related to class certification and fact discovery. Simultaneously, counsel for the Parties have been working cooperatively and frequently to conduct and limit the scope of production.

The parties respectfully request that the Court grant this request and extend the case deadlines noted above.

Dated: September 1, 2026. Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
508-221-1510
anthony@paronichlaw.com
*Counsel for Alisha Saladino and David Donahue, individually and on behalf of all other similarly situated*

*/s/ Eric J. Troutman*
Eric J. Troutman (*pro hac vice*)
Tori L. Guidry (*pro hac vice*)
TROUTMAN AMIN, LLP
400 Spectrum Center Dr., Ste. 1450
Irvine, California 92618
Telephone: (347) 634-3527
troutman@troutmanamin.com

*Counsel for Defendant Mad City Home Improvement, LLC, doing business as Mad City Windows & Baths.*