**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

**Alisha Saladino and David Donahue**, individually and on behalf of all other similarly situated,

*Either of the Plaintiffs*,

v.

**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,

*Defendant*.

Case No. 0:24-cv-01419-NEB-EMB

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE SECOND AMENDED SCHEDULING ORDER**

This Court, having read the Parties' Joint Motion to Amend the Second Amended Scheduling Order, and being familiar with the relevant papers and proceedings in this action, hereby Orders:

1. The completion of expert discovery, including depositions, is extended by 42 days, to October 13, 2026.

2. The deadline for filing non-dispositive motions relating to expert discovery is extended by 42 days, to October 27, 2026.

3. The deadline for filing all other non-dispositive motions, including those that relate to fact discovery, is extended by 21 days, to November 20, 2026.

4. Plaintiffs' deadline to file a motion for class certification is extended by 21 days, to October 27, 2026.

5. Defendant's deadline to file opposition papers to class certification is extended by 21 days, to November 24, 2026.

6. Plaintiffs' deadline to file a reply in support of class certification is extended by 21 days, to December 21, 2026.

7. Completion of fact discovery is extended by 21 days, to February 19, 2027.

Dated:

____________________________________
HON. ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE