**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alisha Saladino and David Donahue, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths,

Defendant.

Case No. 24-cv-01419-NEB-EMB

**THIRD AMENDED PRETRIAL SCHEDULING ORDER**

---

Before the Court is the parties' joint motion to amend the second amended scheduling order. For good cause shown, the joint motion (Dkt. No. 128) is GRANTED. The deadlines in this matter are amended as follows:

- The completion of expert discovery, including depositions, is extended by 42 days, to **October 13, 2026**.
- The deadline for filing non-dispositive motions relating to expert discovery is extended by 42 days, to **October 27, 2026**.
- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery, is extended by 21 days, to **November 20, 2026**.

- Plaintiffs' deadline to file a motion for class certification is extended by 21 days, to **October 27, 2026**.
- Defendant's deadline to file opposition papers to class certification is extended by 21 days, to **November 24, 2026**.
- Plaintiffs' deadline to file a reply in support of class certification is extended by 21 days, to **December 21, 2026**.
- Completion of fact discovery is extended by 21 days, to **February 19, 2027**.

If not expressly altered here, the deadlines and requirements in the Court's prior scheduling orders (Dkt. Nos. 81, 105, 122) remain unaffected.

Date: September 11, 2026

*s/Elsa M. Bullard*
ELSA M. BULLARD
United States Magistrate Judge