**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Alisha Saladino** and **David Donahue,** individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

**MAD CITY HOME IMPROVEMENT, LLC d/b/a MAD CITY WINDOWS & BATHS,**

*Defendant.*

Case No. 0:24-cv-01419-NEB-EMB

# JOINT MOTION TO AMEND PRETRIAL SCHEDULING ORDER

Alisha Saladino and David Donahue ("Plaintiff") and Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths ("Defendant") (collectively, the "Parties"), respectfully request that this Court amend the Third Amended Pretrial Scheduling Order deadlines. In support thereof, the Parties state as follows:

1. A Third Amended Pretrial Scheduling Order (the "Scheduling Order") was entered on September 11, 2026 (Dkt. No. 130).

2. However, the Parties jointly request that the Court extend all deadlines in the Court's Third Amended Pretrial Scheduling Order as follows:

- Expert identities and disclosures by Plaintiffs: **January 5, 2027**;
- Expert identities and disclosures by Defendant: **January 19, 2027**;

- Rebuttal expert identities and disclosures: **February 2, 2027**;
- Completion of expert discovery, including depositions: **March 5, 2027**;
- The deadline for filing non-dispositive motions relating to expert discovery: **March 26, 2027**;
- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery: **April 18, 2027**;
- Plaintiffs' deadline to file a motion for class certification: **May 7, 2027**;
- Defendant's deadline to file opposition papers to class certification: **June 7, 2026**;
- Plaintiffs' deadline to file a reply in support of class certification: **August 6, 2027**; and
- Completion of fact discovery: **October 4, 2027.**

3. This joint motion is made in good faith and not for the purpose of delay.

4. The mediation took place on August 18, 2026. Even though the Parties were unable to reach a final settlement at the conclusion of the mediation session, the Parties have agreed to conduct a second mediation on November 18, 2026.

5. Additionally, the Parties will require additional time to complete discovery. The Parties have agreed to participate in a second mediation to continue settlement negotiations and explore resolution before incurring potentially unnecessary litigation costs.

6. Extending these deadlines will allow the Parties to focus their efforts on reaching a final settlement and will not prejudice either party.

7. Therefore, the parties respectfully request that the Court grant this joint motion and extend the case deadlines as set forth above.

Dated: October 13, 2026

TROUTMAN AMIN, LLP

*/s/ Tori L. Guidry*
Tori L. Guidry *(pro hac vice)*
Louisiana Bar No. 37704
Eric J. Troutman *(pro hac vice)*
400 Spectrum Center Dr.
Suite 1450
Irvine, California 92618
Telephone: (985) 688-3307
tori@troutmanamin.com

*Counsel for Defendant Mad City Home Improvement, LLC, dba Mad City Windows & Baths*

*/s/ Anthony Paronich*
Anthony Paronich *(pro hac vice)*
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
508-221-1510
anthony@paronichlaw.com

*Counsel for Plaintiffs and Proposed Class*

# CERTIFICATE OF SERVICE

I, Tori L. Guidry, hereby certify that on October 13, 2026, I electronically filed the forgoing with the Clerk of the Court using the electronic filing system (EFS) which will send notification of such filing to counsel of record.

/s/ *Tori L. Guidry*
Tori L. Guidry

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

| | |
|---|---|
| **Alisha Saladino and David Donahue**, individually and on behalf of all other similarly situated,<br><br>*Either of the Plaintiffs*,<br>v.<br><br>**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,<br><br>*Defendant*. | Case No. 0:24-cv-01419-NEB-EMB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE THIRD AMENDED SCHEDULING ORDER** |

This Court, having read the Parties' Joint Motion to Amend the Third Amended Scheduling Order, and being familiar with the relevant papers and proceedings in this action, hereby Orders:

1. Expert identities and disclosures by Plaintiffs are extended by 84 days, to January 5, 2027;
2. Expert identities and disclosures by Defendant are extended by 84 days, to January 19, 2027;
3. Rebuttal expert identities and disclosures is extended by 74 days, to February 2, 2027;
4. Completion of expert discovery, including depositions is extended by 129 days, to March 5, 2027;
5. The deadline for filing non-dispositive motions relating to expert discovery is extended by 150 days, to March 26, 2027.

6. The deadline for filing all other non-dispositive motions, including those that relate to fact discovery, is extended by 145 days, to April 18, 2027.
7. Plaintiffs' deadline to file a motion for class certification, is extended by 192 days, to May 7, 2027;
8. Defendant's deadline to file opposition papers to class certification is extended by, to June 7, 2026;
9. Plaintiffs' deadline to file a reply in support of class certification is extended by 228 days, to August 6, 2027; and
10. Completion of fact discovery is extended by 230 days, to October 4, 2027.

Dated:

__________________________________
HON. ELSA M. BULLARD
UNITED S.TATES MAGISTRATE JUDGE