**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA (DMN)**

| | |
|---|---|
| **Alisha Saladino and David Donahue**, individually and on behalf of all other similarly situated,<br><br>*Either of the Plaintiffs*,<br>v.<br><br>**Mad City Home Improvement, LLC** *doing business as* Mad City Windows & Baths,<br><br>*Defendant*. | Case No. 0:24-cv-01419-NEB-EMB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE THIRD AMENDED SCHEDULING ORDER** |

This Court, having read the Parties' Joint Motion to Amend the Third Amended Scheduling Order, and being familiar with the relevant papers and proceedings in this action, hereby Orders:

1. Expert identities and disclosures by Plaintiffs are extended by 84 days, to January 5, 2027;
2. Expert identities and disclosures by Defendant are extended by 84 days, to January 19, 2027;
3. Rebuttal expert identities and disclosures is extended by 74 days, to February 2, 2027;
4. Completion of expert discovery, including depositions is extended by 129 days, to March 5, 2027;
5. The deadline for filing non-dispositive motions relating to expert discovery is extended by 150 days, to March 26, 2027.

6. The deadline for filing all other non-dispositive motions, including those that relate to fact discovery, is extended by 145 days, to April 18, 2027.
7. Plaintiffs' deadline to file a motion for class certification, is extended by 192 days, to May 7, 2027;
8. Defendant's deadline to file opposition papers to class certification is extended by, to June 7, 2026;
9. Plaintiffs' deadline to file a reply in support of class certification is extended by 228 days, to August 6, 2027; and
10. Completion of fact discovery is extended by 230 days, to October 4, 2027.

Dated:

________________________________
HON. ELSA M. BULLARD
UNITED S.TATES MAGISTRATE JUDGE