**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alisha Saladino and David Donahue, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

Mad City Home Improvement, LLC, d/b/a Mad City Windows & Baths,

Defendant.

Case No. 24-cv-1419-NEB-EMB

**ORDER AND FOURTH AMENDED PRETRIAL SCHEDULING ORDER**

---

Before the Court is the parties' joint motion to amend the scheduling order. (Dkt. No. 133.) For good cause shown, the joint motion is GRANTED. The deadlines in the schedule are amended as follows:

- Defendant will produce the agreed upon data set by **November 20, 2026.**
- Expert identities and disclosures by Plaintiffs are due by **December 4, 2026.**
- Expert identities and disclosures by Defendant are due by **December 29, 2026.**
- Rebuttal expert identities and disclosures for both parties are due by **January 12, 2027.**

- Completion of expert discovery, including depositions, is extended to **February 2, 2027.**
- The deadline for filing non-dispositive motions relating to expert discovery is extended to **February 11, 2027.**
- The deadline for filing all other non-dispositive motions, including those that relate to fact discovery, is extended to **March 4, 2027.**
- Plaintiffs' deadline to file a motion for class certification is extended to **February 17, 2027**.
- Defendant's deadline to file opposition papers to class certification is extended to **March 9, 2027**.
- Plaintiffs' deadline to file a reply in support of class certification is extended to **March 23, 2027.**
- Completion of fact discovery is extended to **July 20, 2027**.

If not expressly altered here, the deadlines and requirements in the Court's prior scheduling orders (Dkt. Nos. 81, 105, 122, 130) remain unaffected.

Date: October 26, 2026

*s/Elsa M. Bullard*
Elsa M. Bullard
United States Magistrate Judge